IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

CHRISTY BROWN,                                          *

                Plaintiff,                     *

v.                                                               Case No.  5:24-cv-00218-MTT

                                               *

BUTTS COUNTY SCHOOL SYSTEM,

                                             *

                Defendant.

                                             *

**J U D G M E N T**

Pursuant to this Court's Order dated June 3, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant.  Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 4th day of June, 2026.

                                      David W. Bunt, Clerk

                                      s/ Erin Pettigrew, Deputy Clerk